UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| BERNICE GARZA, Plaintiff, | § § | |
| v. | § § | CIVIL ACTION |
| OMAR ESCOBAR JR., in his official capacity as District Attorney, 229th Judicial District of Texas, and in his personal capacity; and STARR COUNTY, TEXAS, Defendants. | § § § § § § | No. 7:18-cv-00249 |

# Order Granting Judgment on the Pleadings

The Court has considered and now GRANTS *Defendants' Motion for Judgment on the Pleadings*.

The Court therefore ORDERS that plaintiff Bernice Garza take nothing by this suit and that this suit is DISMISSED WITH PREJUDICE.

Signed on December __, 2018.

_____
Hon. Micaela Alvarez
United States District Judge