UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| BERNICE GARZA, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 7:18-CV-249 |
| | § | |
| OMAR ESCOBAR JR., *et al*, | § | |
| | § | |
| Defendants. | § | |

## **FINAL JUDGMENT**

For the reasons stated in this Court's order of April 30, 2019,[1] Plaintiff's claims against Defendants having been **DISMISSED WITH PREJUDICE**, the Court hereby enters this final judgment.

IT IS SO ORDERED.

DONE at McAllen, Texas, this 1st day of May, 2019.

_____
Micaela Alvarez
United States District Judge

---

[1] Dkt. No. 21.