UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| BERNICE GARZA | § | |
|       Plaintiff, | § | |
| v. | § | |
| | § | CIVIL ACTION |
| OMAR ESCOBAR, JR., in his official | § | |
| capacity as District Attorney, 229th | § | No. 7:18-cv-00249 |
| Judicial District of Texas, and in his | § | |
| personal capacity; and | § | |
| STARR COUNTY, TEXAS | § | |
|       Defendants. | § | |

## PLAINTIFF'S NOTICE OF APPEAL

Notice is hereby given that Plaintiff Bernice Garza appeals to the United States Court of Appeals for the Fifth Circuit from the final judgment [Clerk's Doc. 22], signed by Judge Alvarez and entered on May 1, 2019, and the Opinion and Order upon which such judgment is based [Clerk's Doc. 21], signed by Judge Alvarez and entered on April 30, 2019, and from Judge Alvarez's order [Clerk's Doc. 25], signed and entered on July 1, 2019, denying Plaintiff's Motion to Alter or Amend the Judgment.

Plaintiff hereby asks the Clerk of the District Court to serve notice of the filing of this Notice of Appeal by mailing a copy to each party's counsel of record (excluding the appellant's counsel), as required by Federal Rule of Appellate Procedure 3(d).

                                          Respectfully submitted,

                                          Jerad Wayne Najvar
                                          Tex. Bar No. 24068079
                                          Southern Dist. No. 1155651
                                          jerad@najvarlaw.com

Plf's Notice of Appeal

2180 North Loop West, Suite 255
Houston, TX 77018
Tel.: (281) 404-4696
Fax: (281) 582-4138
*Attorney in Charge for Plaintiff*

*Of Counsel*:

NAJVAR LAW FIRM, PLLC
Austin M.B. Whatley
Texas Bar No. 24104681
Southern Dist. No. 3348472
austin@najvarlaw.com
2180 North Loop West, Ste. 255
Houston, TX 77018
Tel.: (281) 404-4696
Fax: (281) 582-4138

**CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that on July 31, 2019, the foregoing document, along with any exhibits and proposed order, was served on the following counsel of record in this matter by the following means:

Myra K. Morris, Attorney in Charge
Brian Miller
802 N. Carancahua St., Ste. 1300
Corpus Christi, TX 78401
Tel. No. (361) 884-8808
Fax No. (361) 884-7261
*Counsel for Defendants*
**via CM/ECF**

/s/ Jerad Najvar
Jerad Najvar